| U.S. Department of Justice | Criminal Docket |
| --- | --- |
| Washington, D.C. | Presented in Corpus Christi |

| | |
| --- | --- |
| Corpus Christi Division | |
| Magistrate No.: 2:20-MJ-01208 | CR. No.: **C-20-837** |
| File: INDICTMENT | |
| Filed: June 29, 2020 | |
| County: Nueces | Judge: **Honorable Drew B. Tipton** |
| LIONS #: 2020R08754 | |

Attorneys:

United States of America

RYAN K. PATRICK, U.S. ATTORNEY
DAVID M. PAXTON, ASST. U.S. ATTORNEY

v.

**GRAND JURY ACTION          APP'D  RET**

SIVA BROWN

**PLEASE INITIAL**

| TRUE BILL: _____ |
| --- |
| NO BILL: _____ |

Charge(s): Ct. 1: Did knowingly and intentionally possess with intent to distribute more than five (5) grams of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(B).

Penalty: Ct. 1: Not less than 5 nor more than 40 years imprisonment, or a fine not to exceed $5 million, or both; at least 4 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail: XXX

On Bond: _____

No Arrest: _____