IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

V.                                           Case No. 20-cr-00837-1

SIVA BROWN,

      DEFENDANT

**DEFENDANT SIVA BROWN'S
JOINT MOTION FOR CONTINUANCE**

TO THE HONORABLE DREW B. TIPTON:

The Defendant in the above styled and numbered cause, Siva Brown, respectfully moves the Court for an order continuing the pretrial conference of this cause. In support of this motion, Siva Brown would show the Court as follows:

**I.**

Discovery is not complete in this case. The government has not obtained the laboratory reports in this case. Those reports are necessary to proceed.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

**II.**

Siva Brown prays that the Court enter an order continuing the pretrial conference.

                                          Respectfully Submitted,

                                          /s/ Fred Jimenez
                                          Fred Jimenez
                                          Texas State Bar Number: 10667300
                                          Federal Id. 10258

509 Lawrence St. Ste 301
Corpus Christi, TX 78401
Telephone:  (361) 888-7744
Fax:  (361) 888-6018

Attorney for the Defendant,
Siva Brown

## **CERTIFICATE OF SERVICE AND CONSULTATION**

I certify that a true and exact copy of the Defendant Siva Brown's Motion for Continuance was served through electronic mail from the Clerk of the Court to David Matthew Paxton, Assistant United States Attorney on the 28th day of July, 2020. Counsel for the Defendant conferred with Assistant United States Attorney David Matthew Paxton about this motion on 7/28/2020. The government joins in this motion.

/s/ Fred Jimenez
Fred Jimenez