IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

V.   Case No. 20-cr-00837-1

SIVA BROWN,

    DEFENDANT

**ORDER ON DEFENDANT SIVA BROWN'S
JOINT MOTION FOR CONTINUANCE**

Defendant Siva Brown's Motion for Continuance is hereby:

_____   GRANTED

_____   DENIED

Signed in Corpus Christi, Texas on this the \_\_\_\_\_ day of _____, 2020.

_____
Drew B. Tipton
United States District Judge