## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                          Case Number: 2:20–cr–00837

Siva Brown

---

## Notice of Resetting

**A proceeding has been reset in this case as to Siva Brown as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 9/17/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference

---

Date:   August 25, 2020                                           David J. Bradley, Clerk